**Renée E. Rothauge**, OSB #90371
E-mail: renee.rothauge@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Plaintiffs Hewlett-Packard Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>JD BAR, LLC, a limited liability company, AARON ROSKOWSKI, an individual and PETER J. ROSKOWSKI, an individual,<br><br>　　　　　Defendants. | Civil No.: CV 06-0904 KI<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

Based on the Parties' Stipulated Motion for Entry of Judgment and Permanent Injunction, the Court hereby grants the motion and finds that the Stipulation should be GRANTED. It is therefore ADJUDGED that Judgment is granted in plaintiffs' favor as follows:

Defendants JD Bar, LLC, a limited liability company, Aaron Roskowski, an

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**JUDGMENT AND PERMANENT INJUNCTION**
**Page 1**

individual and Peter J. Roskowski, and their employees, agents, successors, assigns, officers, shareholders and all other persons in active concert or participation with them are PERMANENTLY ENJOINED from:

    a.    Using the HP, HP logo, HP INVENT logo, and/or HP INVENT trademarks, including inter alia, HP (U.S. Registration No.'s 1116835 and 1840215); HP AND DESIGN (ROUNDED RECTANGLE) (U.S. Registration No. 1842724); and HP INVENT & DESIGN (U.S. Registration No.'s 2586062 and 2474422) (collectively the "HP Marks") including any reproduction, counterfeit, copy or colorable imitation of said marks, in connection with the advertising, manufacturing, offering for sale, distribution or sale of inkjet and/or toner cartridges and/or any other goods as new or genuine that are not authorized by Hewlett-Packard but nothing herein shall prohibit the otherwise lawful sale of genuine, new Hewlett-Packard products.

    b.    Using the HP Marks, or any other mark including any reproduction, counterfeit, copy or colorable imitation of said marks in any manner likely to cause others to believe that any of Defendants' non-genuine goods are made by, distributed by, associated or connected with Hewlett-Packard's goods or services.

    c.    Passing off, inducing or enabling others to sell or pass off any inkjet and/or toner cartridges and/or other goods which are not authorized by Hewlett-Packard as new and genuine Hewlett-Packard goods.

    d.    Committing any other acts calculated to cause actual or potential purchasers to believe that Hewlett-Packard is the source or sponsor of Defendants' goods.

    e.    Shipping, delivering, printing, ordering, importing, distributing, returning, transferring, destroying, or otherwise moving or disposing of in any manner such inkjet or toner cartridges and/or other goods, packaging or other material falsely bearing or intended to bear the HP Marks or any reproduction, counterfeit, copy, or colorable imitation of the same, except that Defendants may ship such materials to Hewlett-Packard.

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

JUDGMENT AND PERMANENT INJUNCTION
Page 2

f.   Assisting, aiding, or abetting any supplier, distributor or any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs a through e.

Nothing herein shall be interpreted to prevent Defendants from selling legitimately branded Hewlett-Packard products.  Defendants shall exercise reasonable due diligence to investigate and ensure that the products they are marketing and selling are in fact legitimately branded Hewlett-Packard products.

The Court retains jurisdiction to enforce or modify this Permanent Injunction as may be appropriate.

Defendants are hereby given notice that they shall be deemed to have actual notice of the issuance and terms of this Permanent Injunction and that any act by any of them in violation of any of the terms thereof may be considered and prosecuted as contempt of this Court.

DATED  4-2 , 2007.

BY _____
UNITED STATES DISTRICT COURT JUDGE

10326768.1

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

JUDGMENT AND PERMANENT INJUNCTION
Page 3